B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KARNEBOGE, ADAM J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9158** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4 Knollwood Place**<br>**Joliet, IL**<br>ZIP Code **60433** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as          business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **KARNEBOGE, ADAM J** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**KARNEBOGE, ADAM J**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ ADAM J KARNEBOGE**

Signature of Debtor  **ADAM J KARNEBOGE**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**July  1, 2014**

Date

#### Signature of Attorney*

X  **/s/ Richard G Larsen**

Signature of Attorney for Debtor(s)

**Richard G Larsen 6193054**

Printed Name of Attorney for Debtor(s)

**Springer Brown, LLC**

Firm Name

**400 S. County Farm Road
Suite 330
Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**

Telephone Number

**July  1, 2014**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **ADAM J KARNEBOGE**                                                      Case No. _____

                                        Debtor(s)              Chapter        **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ ADAM J KARNEBOGE**
                          **ADAM J KARNEBOGE**

Date:     **July  1, 2014**

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **ADAM J KARNEBOGE**                                         ,    Case No. _____

                                   Debtor

                                                              Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 164,305.00 | | |
| B - Personal Property | Yes | 4 | 324,790.74 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 152,126.95 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 2,531,386.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 6,202.96 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,460.85 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| | | Total Assets | 489,095.74 | | |
| | | | Total Liabilities | 2,683,513.68 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **ADAM J KARNEBOGE**                                              ,          Case No. _____

                              Debtor

                                                          Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **ADAM J KARNEBOGE**                                          ,   Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4 Knollwood Place Joliet, IL**<br><br>**Single Family Residence** | | **H** | **164,305.00** | **134,061.20** |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | **164,305.00** | (Total of this page) | |
| | Total > | **164,305.00** | | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **ADAM J KARNEBOGE**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **On person** | - | 500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BMO Harris Checking Account** | - | 4,427.67 |
| | | **BMO Harris Checking Account** | - | 85.03 |
| | | **BMO Harris Savings Account** | - | 100.00 |
| | | **Old Plank Trail Community Bank** | - | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc houshold goods and furnishings** | - | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **clothing** | - | 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insurance Policy with Country Mutual Face Value $50,000.00, Cash Value $0 subject to loan on policy** | - | 0.00 |
| | | **Insurance Policy with Banner Life Insurance Company Face Value 250,000.00 no Cash Value** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | | | Sub-Total > | 8,212.70 |
|---|---|---|---|---|
| | | | (Total of this page) | |

  **3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **ADAM J KARNEBOGE**                                                     ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k)** | - | 9,898.75 |
| | | **IRA** | - | 87,361.29 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **TKC Innovative Solutions** **100% - insolvent** **company is closed as of June 20, 2014** | - | 0.00 |
| | | **Karneboge Consulting & Traning, Inc.** **100% - No value** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2013 Tax Refund** | - | 6,700.00 |
| | | **TKC Innovative Solutions** **Not collectable** **Corporation is insolvent** | - | 189,819.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    293,779.04
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **ADAM J KARNEBOGE**                                              ,      Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Jeep Grand Cherokee Kelly Blue Book Value** | - | 6,623.00 |
| | | **2011 Chevy Cruze LTZ Kelly Blue Book** | - | 16,076.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Used Laptop and printer** | - | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >          **22,799.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **ADAM J KARNEBOGE**                                                ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Cubs tickets, (3) tickets with approximately 20-25 games** | **-** | **Unknown** |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **324,790.74** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **ADAM J KARNEBOGE**                      ,      Case No. _____

                                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                         $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                         *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **4 Knollwood Place** | **735 ILCS 5/12-901** | **15,000.00** | **164,305.00** |
| **Joliet, IL** | | | |
| | | | |
| **Single Family Residence** | | | |
| | | | |
| **Cash on Hand** | | | |
| **On person** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **BMO Harris Checking Account** | **735 ILCS 5/12-1001(b)** | **3,500.00** | **4,427.67** |
| | | | |
| **BMO Harris Checking Account** | **735 ILCS 5/12-1001(b)** | **0.00** | **85.03** |
| | | | |
| **BMO Harris Savings Account** | **735 ILCS 5/12-1001(b)** | **0.00** | **100.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Misc houshold goods and furnishings** | **735 ILCS 5/12-1001(b)** | **0.00** | **2,500.00** |
| | | | |
| **Wearing Apparel** | | | |
| **clothing** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k)** | **735 ILCS 5/12-1006** | **9,898.75** | **9,898.75** |
| | | | |
| **IRA** | **735 ILCS 5/12-1006** | **87,361.29** | **87,361.29** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 Jeep Grand Cherokee** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **6,623.00** |
| **Kelly Blue Book Value** | | | |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Used Laptop and printer** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |

                                                             Total:     **119,260.04**         **276,400.74**

  __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **ADAM J KARNEBOGE**                                                           ,    Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8222**<br><br>**Ally**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | | - | **Automobile loan**<br><br>**2011 Chevy Cruze LTZ**<br>**Kelly Blue Book**<br><br>Value $        **16,076.00** | | | | **18,065.75** | **1,989.75** |
| Account No. **xxxxxx1747**<br><br>**BMO Harris**<br>**PO Box 6201**<br>**Carol Stream, IL 60197-6201** | | - | **Second Mortgage**<br><br>**4 Knollwood Place**<br>**Joliet, IL**<br><br>**Single Family Residence**<br><br>Value $        **164,305.00** | | | | **18,652.35** | **0.00** |
| Account No. **xxxxxx0902**<br><br>**Wells Fargo**<br>**PO Box 14411**<br>**Des Moines, IA 50306-3411** | | - | **Mortgage**<br><br>**4 Knollwood Place**<br>**Joliet, IL**<br><br>**Single Family Residence**<br><br>Value $        **164,305.00** | | | | **115,408.85** | **0.00** |
| Account No.<br><br><br><br><br>Value $ | | | | | | | | |

__0__ continuation sheets attached

| | Subtotal<br>(Total of this page) | **152,126.95** | **1,989.75** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **152,126.95** | **1,989.75** |

B6E (Official Form 6E) (4/13)

.

In re   **ADAM J KARNEBOGE**                                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **ADAM J KARNEBOGE**                                                    Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**ABC 7 WLS - Chicago** <br>**190 N State Street** <br>**Chicago, IL 60601** | X | - | | | **Customer Claims of corporation** | | X | | 2,135.00 |
| Account No.  **x-xx8612** <br><br>**Alethea Watson** <br>**1846 Clarence Ave** <br>**Berwyn, IL 60402** | X | - | | | **customer claims of corporation** | | X | | 75.00 |
| Account No.  **x-xxxx-xxx6093** <br><br>**Allied Waste Services** <br>**5050 W lake Street** <br>**Melrose Park, IL 60160** | X | - | | | **Vendor** | | | | 229.15 |
| Account No. <br><br>**American College of Healthcare** <br>**1 N Franklin Ste 1700** <br>**Chicago, IL 60606** | X | - | | | **Customer claims of corporation** | | X | | 3,375.68 |
| __20__  continuation sheets attached | | | | | | Subtotal <br>(Total of this page) | | | 5,814.83 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        S/N:33434-140602   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADAM J KARNEBOGE**                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx xxx xxx x1005** | | | | Business Debt | | | | |
| American Express PO Box 0001 Los Angeles, CA 90096-8000 | X | - | | | | | | 46,195.24 |
| Account No. | | | | Customer claims of corporation | | | | |
| Aon 200 East Randolph 4th Floor Chicago, IL 60601 | X | - | | | X | | | 2,295.00 |
| Account No. **xx3944** | | | | Vendor | | | | |
| Apple Inc. PO box 281877 Atlanta, GA 30384-1877 | X | - | | | | | | 5,078.76 |
| Account No. **xx3946** | | | | Vendor | | | | |
| Apple Service Operations PO Box 281877 Atlanta, GA 30384-1877 | X | - | | | | | | 20,875.50 |
| Account No. **xxx xxx-xxxx 173 2** | | | | Vendor | | | | |
| AT&T Po Box 5080 Carol Stream, IL 60197-5080 | X | - | | | | | | 207.88 |

Sheet no. __1__ of __20__ sheets attached to Schedule of                          Subtotal                      74,652.38
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADAM J KARNEBOGE** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx9825** | | | | | **Vendor** | | | | |
| **AT&T Mobility** **PO Box 6463** **Carol Stream, IL 60197-6463** | X | - | | | | | | | 441.72 |
| Account No. **xxx xxxx xxxx 1479** | | | | | **Business Debt** | | | | |
| **Bank of America** **PO Box 15796** **Wilmington, DE 19886-5796** | X | - | | | | | | | 14,521.59 |
| Account No. **x-xx0996** | | | | | **Customers claims of corporation** | | | | |
| **Bawany Technologies** **Muhammad Abdullah Ahsan, 4th** **Zamzam** **Commercial Lane, Phase v, DHA** **Karachi, Pakistan 75000** | X | - | | | | X | | | 1,425.00 |
| Account No. **xxxx xxxx xxxx 2023** | | | | | **Business Debt** | | | | |
| **Best Bank** **PO Box 790408** **Saint Louis, MO 63179-0408** | X | - | | | | | | | 12,816.54 |
| Account No. **xx5226** | | | | | **Busniess Debt** | | | | |
| **Blue Cross Blue Shield** **25550 Network Place** **Chicago, IL 60673-1255** | X | - | | | | | | | 11,146.78 |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    40,351.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADAM J KARNEBOGE** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xx3425, xx xx4118**<br><br>**Bob Bavirsha**<br>**PO Box 2306**<br>**Bridgeview, IL 60455** | X | - | **cusomter claims of corporation** | X | | | 2,732.02 |
| Account No.<br><br>**Branko Shapich**<br>**2410 S Embers Lane**<br>**Arlington Heights, IL 60005** | X | - | **Payment of Corporate expense for Kalamazoo business property** | | | | 151,312.16 |
| Account No.<br><br>**Can Capital (Advance Me)**<br>**414 W 14th Street**<br>**3rd Floor**<br>**New York, NY 10014** | X | - | **Business Debt/guarantee** | | | | 96,153.00 |
| Account No. **xKC00**<br><br>**Carillon Centre**<br>**7950 Moorsbridge Rd**<br>**Portage, MI 49024** | X | - | **Personal Guarantee of business loan for Kalamazoo property** | X | X | X | 1,148,625.45 |
| Account No. **xxxx xx xxx xxxx2346**<br><br>**Charter Business**<br>**PO Box 5013**<br>**Hayward, CA 94540-5013** | X | - | **Business Debt** | | | | 743.66 |

Sheet no. __3__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,399,566.29

B6F (Official Form 6F) (12/07) - Cont.

In re   **ADAM J KARNEBOGE** _____,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx xxxx xxxx 2759** <br><br> **Chase** <br> **P.O. Box 15651** <br> **Wilmington, DE 19886-5651** | X | - | | Business Debt | | | | 3,033.56 |
| Account No. **xxxx xxxx xxxx 4114** <br><br> **Chase** <br> **P.O. Box 15651** <br> **Wilmington, DE 19886-5651** | X | - | | Business Debt | | | | 19,300.61 |
| Account No. **xxxx xxxx xxxx 2792** <br><br> **Chase** <br> **P.O. Box 15651** <br> **Wilmington, DE 19886-5651** | X | - | | Business Debt | | | | 7,121.21 |
| Account No. **xx2232** <br><br> **Chicago Messenger Service** <br> **1600 S Ashland Avenue** <br> **Chicago, IL 60608-2013** | X | - | | | | | | 202.94 |
| Account No. **xxxx xxxx xxxx4460** <br><br> **Citi Advantage** <br> **PO Box 6235** <br> **Sioux Falls, SD 57117** | X | - | | Business Debt | | | | 65,000.00 |

Sheet no. __4__ of __20__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)        **94,658.32**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ADAM J KARNEBOGE** _____ ,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-5489**<br><br>**Citi Card**<br>**P.O. Box 688909**<br>**Des Moines, IA 50368** | X | - | | **Business Debt** | | | | 9,759.61 |
| Account No. **xxxx xxxx xxxx 5509**<br><br>**Citi Platinum**<br>**Processing Center**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | | - | | **Consumer Debt** | | | | 5,881.00 |
| Account No. **xxxx xxxxxx x2679**<br><br>**Citi Select**<br>**Processing Center**<br>**Des Moines, IA 50363-0005** | | - | | **Consumer Debt** | | | | 2,360.00 |
| Account No. **xxxx xxxx xxxx 1172**<br><br>**Citibusiness**<br>**PO Box 688913**<br>**Des Moines, IA 50368** | X | - | | **Business Debt** | | | | 20,543.30 |
| Account No. **x-xx3375, xx xx4099**<br><br>**Combined Insurance**<br>**c/o Diane Raferty**<br>**1000 N Milwaukee Ave**<br>**Glenview, IL 60025** | X | - | | **Customer claims of corporation** | X | | | 425.08 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,968.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADAM J KARNEBOGE**                                          , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx xx xxx xxx4904** | | | | | | | | |
| **Comcast** **PO Box 3002** **Southeastern, PA 19398-3002** | X | - | | | | | | 139.35 |
| Account No. **xxxx0119** | | | | | | | | |
| **ComEd** **PO Box 6111** **Carol Stream, IL 60197-6111** | X | - | | | | | | 339.74 |
| Account No. **xxxxxx6038** | | | | | | | | |
| **ComEd** **PO Box 6111** **Carol Stream, IL 60197-6111** | X | - | | | | | | 580.61 |
| Account No. **xxxx xxxx 0139** | | | | | | | | |
| **Consumer Energy** **Lansing, MI 48937-0001** | X | - | | | | | | 189.88 |
| Account No. **xxxx xxxx 9228** | | | | | | | | |
| **Consumer Energy** **Lansing, MI 48937-0001** | X | - | | | | | | 74.79 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,324.37**

B6F (Official Form 6F) (12/07) - Cont.

In re   **ADAM J KARNEBOGE** ,       Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx 8980**<br><br>**Consumer Energy**<br>**Lansing, MI 48937-0001** | X | - | | | | | 254.92 |
| Account No. **xxxx xxxx xxxx 7241**<br><br>**Discover**<br>**P.O. 30395**<br>**Salt Lake City, UT 84130** | | - | Consumer Debt | | | | 15,281.81 |
| Account No. **xx2828**<br><br>**Donna Peel**<br>**520 Fair Oaks**<br>**Oak Park, IL 60302** | X | - | Customer claims of corporation | | X | | 345.00 |
| Account No.<br><br>**Dr. Bott**<br>**9730 SW Hilman St**<br>**Suite 600**<br>**Wilsonville, OR 97070** | X | - | Vendor Business | | | | 2,180.82 |
| Account No. **xx3468**<br><br>**Dunnhumby - John Zimont**<br>**222 Merchandise Mart Plaza**<br>**Suite 2200**<br>**Chicago, IL 60654** | X | - | Customer claims of corporation | | X | | 1,606.75 |

Sheet no. _**7**___ of _**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

             Subtotal
        (Total of this page)      **19,669.30**

B6F (Official Form 6F) (12/07) - Cont.

In re   **ADAM J KARNEBOGE**                                            , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dwight Pancottine Attorney at Law**<br>**215 Fremont St**<br>**Naperville, IL 60540** | X | - | **Legal Fees for business** | | | | 400.00 |
| Account No. **xxxx-x612-8** <br><br>**Fed Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | X | - | **Business Debt** | | | | 40.96 |
| Account No. **xxxx xxxx xxxx 3569** <br><br>**Fifth Third Bank**<br>**P.O. 630778**<br>**Cincinnati, OH 45263** | X | - | **Business Debt** | | | | 20,723.07 |
| Account No. **xx3357** <br><br>**Florence Braum**<br>**904 N Mapleton Ave**<br>**Oak Park, IL 60302** | X | - | **Customer claims of corporation** | X | | | 100.00 |
| Account No. <br><br>**GleaChris, Inc.**<br>**375 South River Street**<br>**South Elgin, IL 60177** | X | - | **Business Debt** | | | | 3,143.75 |

Sheet no. __8__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       24,407.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **ADAM J KARNEBOGE**                          ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3373** | | | Customer claims of corporation | | | | |
| Glenbrook North c/o paul Carlson 2300 Shermer Road Northbrook, IL 60062 | X | - | | X | | | 4,525.86 |
| Account No. **x-xx8510** | | | Customer claims of corporation | | | | |
| Gus Calderone 7433 W Jackson Blvd Forest Park, IL 60130 | X | - | | X | | | 400.00 |
| Account No. **x-xx3244, xx xx3990** | | | Customer claims of corporation | | | | |
| Harry Hostetler 505 Atwood Ct. Elmhurst, IL 60126 | X | - | | X | | | 11,767.91 |
| Account No. **xxx6-268** | | | Business Debt | | | | |
| Haugh & Associates, Ltd 525 Dee Lane Suite 200 Roselle, IL 60172 | X | - | | | | | 723.50 |
| Account No. | | | Business Trainer | | | | |
| Hector Alcala 9229 SW 227th St Unit 6 Miami, FL 33190 | X | - | | | | | 2,700.00 |

Sheet no. **9** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal
      (Total of this page)      **20,117.27**

B6F (Official Form 6F) (12/07) - Cont.

In re   **ADAM J KARNEBOGE** _____ ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x-xxxxxx xx xx4159** | | | | Customer claims of corporation | | | | |
| Hector Morales 2451 N Drake Chicago, IL 60647 | X | - | | | X | | | 1,337.91 |
| Account No. **xxx7848** | | | | Customer claim of corporation | | | | |
| Hector Morales 2451 N Drake Chicago, IL 60647 | X | - | | | X | | | 75.00 |
| Account No. **xx3473** | | | | Customer claims of corporation | | | | |
| Huron Consulting Group Hector De LaRosa 550 W Van Buren Chicago, IL 60607 | X | - | | | X | | | 1,606.75 |
| Account No. **xx3277** | | | | Customer claims of corporation | | | | |
| Illinois Central College c/o Chris Frautschi 1 College Drive Peoria, IL 61635 | X | - | | | X | | | 1,300.00 |
| Account No. **xx-xx4171** | | | | Business Debt | | | | |
| Ingram Micro, Inc. 1600 E St. Andrew Place Santa Ana, CA 92705 | X | - | | | | | | 171,135.39 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **175,455.05**

B6F (Official Form 6F) (12/07) - Cont.

In re   **ADAM J KARNEBOGE**                                    , Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6129**<br><br>**IU Health**<br>**250 North Shadland Ave**<br>**Indianapolis, IN 46219** | - | | Medical-personal | | | | 3,250.00 |
| Account No. **x-xx3489, xx xx4159**<br><br>**Joan Berman**<br>**170 N harvey Ave**<br>**Oak Park, IL** | X - | | Customer claims of corporation | X | | | 801.91 |
| Account No.<br><br>**JuiceMobile**<br>**9950 W Van Buren**<br>**Suite 121**<br>**Avondale, AZ 85323** | X - | | Business Debt | | | | 253.80 |
| Account No. **xx3492**<br><br>**Lebanon Valley College**<br>**Andrew Greene**<br>**101 North Collee Avenue**<br>**Annville, PA 17003** | X - | | Customer claims of corporation | X | | | 2,106.75 |
| Account No. **x1376**<br><br>**Lifetime Memory Products Inc.**<br>**2505 DaVinci Street**<br>**Irvine, CA 92614-5894** | X - | | Business Debt | | | | 1,558.00 |

Sheet no. __11__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,970.46

B6F (Official Form 6F) (12/07) - Cont.

In re     **ADAM J KARNEBOGE**                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx3442** | | | | Customer claims of corporation | | | | |
| **Lindsay Gleason** **375 S River St** **South Elgin, IL 60177** | X | - | | | X | | | 99.11 |
| Account No. **x-xx8522** | | | | Customer claims of corporation | | | | |
| **Mark Skillcorn** **844 N Humphrey** **Oak Park, IL 60302** | X | - | | | X | | | 430.00 |
| Account No. **xx3353** | | | | Customer claims of corporation | | | | |
| **Miami University** **c/o Joseph Koontz** **6516 Junior Court** **Franklin, OH 45005** | X | - | | | X | | | 1,300.00 |
| Account No. **xxxx-xxxx-xxxx-3449** | | | | Business Debt | | | | |
| **Nationwide Bank** **PO Box 31027** **Tampa, FL 33631-3027** | X | - | | | | | | 6,636.54 |
| Account No. **x054-1** | | | | Business Debt - legal services for corporation | | | | |
| **Nepple Law, PLC** **PO Box 5407** **Carol Stream, IL 60197-5407** | X | - | | | | | | 20,310.37 |

Sheet no. __12__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,776.02

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **ADAM J KARNEBOGE**                    ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-xx-xx-9779, xx-xx-xx-1186** | | | | | | | | |
| Nicor PO Box 5407 Carol Stream, IL 60197-5407 | X | - | | | | | | 1,994.27 |
| Account No. **xx3465** | | | | Customer claims of corporation | | | | |
| Nokia c/o Christine Casey 425 W Randolph Street Chicago, IL 60606 | X | - | | | | X | | 1,606.75 |
| Account No. **xx3208** | | | | Customer claims of corporation | | | | |
| Northwestern University c/o Eamon Carlos 750 North Lake Shore Dr, 10th Fl. Chicago, IL 60611 | X | - | | | | X | | 2,800.00 |
| Account No. **609** | | | | Business Debt | | | | |
| NuCouse PO Box 511298 Los Angeles, CA 90051-7853 | X | - | | | | | | 8,826.55 |
| Account No. | | | | Customer claims of corporation | | | | |
| Olivet Nazarene University One University Lane Bourbonnais, IL 60914 | X | - | | | | X | | 4,812.00 |

Sheet no. __**13**__ of __**20**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
           (Total of this page)      **20,039.57**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ADAM J KARNEBOGE** _____ ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx4491**<br><br>Onward Technologies, Inc.<br>PO Box 88636<br>Chicago, IL 60680-1636 | X | - | Business Debt | | | | 513.67 |
| Account No. **xx7302**<br><br>Other World Computing<br>2650 Bridge Lane<br>Woodstock, IL 60098 | X | - | Business Debt | | | | 1,760.97 |
| Account No. **xx2223**<br><br>Paul Ellenbogen<br>321 S Cuyler<br>Oak Park, IL 60302 | X | - | Customer claims of corporation | X | | | 32.70 |
| Account No. **xx-xxxx9680**<br><br>Pearson<br>200 Tappan Rd<br>Westwood, NJ 07675 | X | - | Business Debt | | | | 791.61 |
| Account No.<br><br>PNC<br>One North Franklin<br>Suite 3600<br>Chicago, IL 60606 | X | - | Bank Note/Business | | | | 15,309.15 |

Sheet no. __14__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,408.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADAM J KARNEBOGE** _____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9763** | | | | Business Debt | | | | |
| **PNC Bank** **PO Box 856177** **Louisville, KY 40285** | X | - | | | | | | 15,596.94 |
| Account No. **3559** | | | | Consumer Debt | | | | |
| **PNC Bank** **PO Box 856177** **Louisville, KY 40285-6177** | | - | | | | | | 1,982.91 |
| Account No. | | | | Business Debt | | | | |
| **Premiere System** **1400 N Kingbury** **Chicago, IL 60642** | X | - | | | | | | 770.10 |
| Account No. | | | | Business Debt | | | | |
| **Professional Cable** **928 N Industrial Park** **Orem, UT 84057** | X | - | | | | | | 1,936.13 |
| Account No. | | | | Business Debt | | | | |
| **Professional Video Technology** **111 Charlotte** **Novi, MI 48377** | X | - | | | | | | 283.50 |

Sheet no. __**15**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     20,569.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **ADAM J KARNEBOGE** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx6553** | | | | Customer claim of corporation | | | | |
| **Renee S Hartz** **1032 Baldwin Ln** **Oak Park, IL 60302** | X | - | | | X | | | 75.21 |
| Account No. | | | | Business Debt | | | | |
| **Retirement, LLC** **3400 Dundee Rd** **Suite 200** **Chicago, IL 60602** | X | - | | | | | | 817.50 |
| Account No.  **x-xx8449** | | | | Customer claim of corporation | | | | |
| **Ronald Krcek** **19W075 Plainfield Rd** **Downers Grove, IL 60516** | X | - | | | X | | | 618.70 |
| Account No.  **xxx-773-6** | | | | Accounting fees for business | | | | |
| **RSM McGladrey, Inc.** **5155 Payshere Circle** **Chicago, IL 60647** | X | - | | | | | | 15,813.00 |
| Account No. | | | | Personal guarantee of business lease | | | | |
| **Scoville Square Associates, LLP** **C/O MorLen Realty Corporatin** **137 N Oak Park Ave. Ste 40** **Oak Park, IL 60301** | X | - | | | | | | 285,000.00 |

Sheet no. __**16**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

302,324.41

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADAM J KARNEBOGE** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx399-0** | | | | Business Debt | | | | |
| Screenvision 245 Kenneth Drive #400 Rochester, NY 14623 | X | - | | | | | | 480.00 |
| Account No. **xx3457, xx3433, xx4139, xx4140** | | | | Customer claims of corporation | | | | |
| Seton Montessori School c/o Anna Perry Clarendon Hills, IL 60514 | X | - | | | X | | | 6,021.88 |
| Account No. | | | | Business Debt | | | | |
| Speck Products 303 Bryant Street Mountain View, CA 94041 | X | - | | | | | | 629.00 |
| Account No. | | | | Business Debt | | | | |
| STM Bags PO Box 722654 San Diego, CA 92172-2654 | X | - | | | | | | 629.00 |
| Account No. **xx3494** | | | | Customer claims of corporation | | | | |
| Ted Lawrence 305 S Cuyler Chicago, IL 60632 | X | - | | | X | | | 69.00 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,828.88

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADAM J KARNEBOGE**                                                            ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 8189** <br><br> **U.S. Airways** <br> **PO Box 23066** <br> **Columbus, GA 31902-3066** | X | - | Business Debt | | | | 9,960.70 |
| Account No. **xxx053** <br><br> **UPS** <br> **Lockbox 577** <br> **Carol Stream, IL 60132-0577** | X | - | Business Debt | | | | 462.08 |
| Account No. <br><br> **US Bank** <br> **4801 Frederica** <br> **Owensboro, KY 42301** | X | - | Business Debt | | | | 15,503.92 |
| Account No. **6524** <br><br> **USAA** <br> **10750 McDermott Fwy** <br> **San Antonio, TX 78288-0570** | X | - | Business Debt | | | | 11,824.12 |
| Account No. <br><br> **V.2 Consulting** <br> **98 Battery Street** <br> **Suite 250** | X | - | Business Debt | | | | 16,000.00 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **53,750.82**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ADAM J KARNEBOGE** _____ ,       Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx5001**<br><br>**Villa Oaks, LLC**<br>**PO Box 5980**<br>**River Forest, IL 60305-5980** | X | - | | **Personal guarantee of business lease Villa Park** | X | X | X | 131,570.97 |
| Account No.<br><br>**Visa Business**<br>**PO Box 790135**<br>**Saint Louis, MO 63179** | X | - | | **Business Debt** | | | | 15,464.92 |
| Account No. **xx2834**<br><br>**Wabash City Schools**<br>**c/o Justin Vail**<br>**1101 Colerain Street**<br>**Wabash, IN 46992** | X | - | | **Customer claims of corporation** | X | | | 10,325.00 |
| Account No. **xxxxxx5001**<br><br>**Wanetics**<br>**PO Box 5980**<br>**River Forest, IL 60305-5980** | X | - | | **Business Debt** | | | | 2,501.02 |
| Account No. **xx3243**<br><br>**Wellpoint Inc**<br>**c/o Nathan Cook**<br>**120 Monument circle**<br>**Indianapolis, IN 46204** | X | - | | **Customer claims of corporation** | X | | | 2,800.00 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     162,661.91

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADAM J KARNEBOGE**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx xxxx xxxx 7161** | | | | **Business Debt - Line of Credit** | | | | |
| **Wells Fargo PO Box 54349 Los Angeles, CA 90054** | X | - | | | | | | 9,970.77 |
| Account No. **xx3364** | | | | **Cusomter claims of corporation** | | | | |
| **Wesley Reid 3761 Mission Hills Road 60062** | X | - | | | X | | | 4,100.00 |
| Account No. | | | | **Customer claims of corporation** | | | | |
| **Will County School District 92 708 North State Street Chicago Heights, IL 60411** | X | - | | | X | | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 14,070.77 |
| | Total (Report on Summary of Schedules) | 2,531,386.73 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **ADAM J KARNEBOGE**           ,    Case No. _____
                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **ADAM J KARNEBOGE**                                                  ,   Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Bank of America**<br>**PO Box 15796**<br>**Wilmington, DE 19886-5796** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **U.S. Airways**<br>**PO Box 23066**<br>**Columbus, GA 31902-3066** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Chase**<br>**P.O. Box 15651**<br>**Wilmington, DE 19886-5651** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Chase**<br>**P.O. Box 15651**<br>**Wilmington, DE 19886-5651** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Chase**<br>**P.O. Box 15651**<br>**Wilmington, DE 19886-5651** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Citibusiness**<br>**PO Box 688913**<br>**Des Moines, IA 50368** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Citi Advantage**<br>**PO Box 6235**<br>**Sioux Falls, SD 57117** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Best Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Fifth Third Bank**<br>**P.O. 630778**<br>**Cincinnati, OH 45263** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Nationwide Bank**<br>**PO Box 31027**<br>**Tampa, FL 33631-3027** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **PNC Bank**<br>**PO Box 856177**<br>**Louisville, KY 40285** |

**7**

_____ continuation sheets attached to Schedule of Codebtors

In re    **ADAM J KARNEBOGE**                                                                                    , Case No. _____

_____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **USAA**<br>**10750 McDermott Fwy**<br>**San Antonio, TX 78288-0570** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **US Bank**<br>**4801 Frederica**<br>**Owensboro, KY 42301** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **PNC**<br>**One North Franklin**<br>**Suite 3600**<br>**Chicago, IL 60606** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **Can Capital (Advance Me)**<br>**414 W 14th Street**<br>**3rd Floor**<br>**New York, NY 10014** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **Branko Shapich**<br>**2410 S Embers Lane**<br>**Arlington Heights, IL 60005** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **Allied Waste Services**<br>**5050 W lake Street**<br>**Melrose Park, IL 60160** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **Apple Inc.**<br>**PO box 281877**<br>**Atlanta, GA 30384-1877** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **Apple Service Operations**<br>**PO Box 281877**<br>**Atlanta, GA 30384-1877** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **AT&T**<br>**Po Box 5080**<br>**Carol Stream, IL 60197-5080** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **Blue Cross Blue Shield**<br>**25550 Network Place**<br>**Chicago, IL 60673-1255** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **Carillon Centre**<br>**7950 Moorsbridge Rd**<br>**Portage, MI 49024** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, 60301** | **Charter Business**<br>**PO Box 5013**<br>**Hayward, CA 94540-5013** |

Sheet __1__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re   **ADAM J KARNEBOGE**                     ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Chicago Messenger Service**<br>**1600 S Ashland Avenue**<br>**Chicago, IL 60608-2013** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Comcast**<br>**PO Box 3002**<br>**Southeastern, PA 19398-3002** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Consumer Energy**<br>**Lansing, MI 48937-0001** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Consumer Energy**<br>**Lansing, MI 48937-0001** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Consumer Energy**<br>**Lansing, MI 48937-0001** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Fed Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **GleaChris, Inc.**<br>**375 South River Street**<br>**South Elgin, IL 60177** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Haugh & Associates, Ltd**<br>**525 Dee Lane**<br>**Suite 200**<br>**Roselle, IL 60172** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Hector Alcala**<br>**9229 SW 227th St**<br>**Unit 6**<br>**Miami, FL 33190** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Ingram Micro, Inc.**<br>**1600 E St. Andrew Place**<br>**Santa Ana, CA 92705** |

Sheet   **2**   of   **7**   continuation sheets attached to the Schedule of Codebtors

In re   **ADAM J KARNEBOGE**                                                    ,   Case No. _____

                                                     Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **JuiceMobile**<br>**9950 W Van Buren**<br>**Suite 121**<br>**Avondale, AZ 85323** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Lifetime Memory Products Inc.**<br>**2505 DaVinci Street**<br>**Irvine, CA 92614-5894** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Nepple Law, PLC**<br>**PO Box 5407**<br>**Carol Stream, IL 60197-5407** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Nicor**<br>**PO Box 5407**<br>**Carol Stream, IL 60197-5407** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **NuCouse**<br>**PO Box 511298**<br>**Los Angeles, CA 90051-7853** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Onward Technologies, Inc.**<br>**PO Box 88636**<br>**Chicago, IL 60680-1636** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Other World Computing**<br>**2650 Bridge Lane**<br>**Woodstock, IL 60098** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Dwight Pancottine Attorney at Law**<br>**215 Fremont St**<br>**Naperville, IL 60540** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Pearson**<br>**200 Tappan Rd**<br>**Westwood, NJ 07675** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Premiere System**<br>**1400 N Kingbury**<br>**Chicago, IL 60642** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Professional Cable**<br>**928 N Industrial Park**<br>**Orem, UT 84057** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Professional Video Technology**<br>**111 Charlotte**<br>**Novi, MI 48377** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Retirement, LLC**<br>**3400 Dundee Rd**<br>**Suite 200**<br>**Chicago, IL 60602** |

Sheet __3__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re   **ADAM J KARNEBOGE**                                                    ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **RSM McGladrey, Inc.**<br>**5155 Payshere Circle**<br>**Chicago, IL 60647** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Scoville Square Associates, LLP**<br>**C/O MorLen Realty Corporatin**<br>**137 N Oak Park Ave. Ste 40**<br>**Oak Park, IL 60301** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Screenvision**<br>**245 Kenneth Drive**<br>**#400**<br>**Rochester, NY 14623** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Speck Products**<br>**303 Bryant Street**<br>**Mountain View, CA 94041** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **STM Bags**<br>**PO Box 722654**<br>**San Diego, CA 92172-2654** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Villa Oaks, LLC**<br>**PO Box 5980**<br>**River Forest, IL 60305-5980** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **V.2 Consulting**<br>**98 Battery Street**<br>**Suite 250** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Wanetics**<br>**PO Box 5980**<br>**River Forest, IL 60305-5980** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Citi Card**<br>**P.O. Box 688909**<br>**Des Moines, IA 50368** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Dr. Bott**<br>**9730 SW Hilman St**<br>**Suite 600**<br>**Wilsonville, OR 97070** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Visa Business**<br>**PO Box 790135**<br>**Saint Louis, MO 63179** |

Sheet __4__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re   **ADAM J KARNEBOGE** _____,   Case No. _____
                                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Wells Fargo**<br>**PO Box 54349**<br>**Los Angeles, CA 90054** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Bawany Technologies**<br>**Muhammad Abdullah Ahsan, 4th Zamzam**<br>**Commercial Lane, Phase v, DHA**<br>**Karachi, Pakistan 75000** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Harry Hostetler**<br>**505 Atwood Ct.**<br>**Elmhurst, IL 60126** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Combined Insurance**<br>**c/o Diane Raferty**<br>**1000 N Milwaukee Ave**<br>**Glenview, IL 60025** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Bob Bavirsha**<br>**PO Box 2306**<br>**Bridgeview, IL 60455** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Joan Berman**<br>**170 N harvey Ave**<br>**Oak Park, IL** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Hector Morales**<br>**2451 N Drake**<br>**Chicago, IL 60647** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Seton Montessori School**<br>**c/o Anna Perry**<br>**Clarendon Hills, IL 60514** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Lindsay Gleason**<br>**375 S River St**<br>**South Elgin, IL 60177** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Paul Ellenbogen**<br>**321 S Cuyler**<br>**Oak Park, IL 60302** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Donna Peel**<br>**520 Fair Oaks**<br>**Oak Park, IL 60302** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Wabash City Schools**<br>**c/o Justin Vail**<br>**1101 Colerain Street**<br>**Wabash, IN 46992** |

Sheet   **5**   of   **7**   continuation sheets attached to the Schedule of Codebtors

In re    **ADAM J KARNEBOGE**                                                            ,    Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Northwestern University**<br>**c/o Eamon Carlos**<br>**750 North Lake Shore Dr, 10th Fl.**<br>**Chicago, IL 60611** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Wellpoint Inc**<br>**c/o Nathan Cook**<br>**120 Monument circle**<br>**Indianapolis, IN 46204** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Illinois Central College**<br>**c/o Chris Frautschi**<br>**1 College Drive**<br>**Peoria, IL 61635** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Florence Braum**<br>**904 N Mapleton Ave**<br>**Oak Park, IL 60302** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Miami University**<br>**c/o Joseph Koontz**<br>**6516 Junior Court**<br>**Franklin, OH 45005** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Wesley Reid**<br>**3761 Mission Hills Road**<br>**60062** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Glenbrook North**<br>**c/o paul Carlson**<br>**2300 Shermer Road**<br>**Northbrook, IL 60062** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Nokia**<br>**c/o Christine Casey**<br>**425 W Randolph Street**<br>**Chicago, IL 60606** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Dunnhumby - John Zimont**<br>**222 Merchandise Mart Plaza**<br>**Suite 2200**<br>**Chicago, IL 60654** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Huron Consulting Group**<br>**Hector De LaRosa**<br>**550 W Van Buren**<br>**Chicago, IL 60607** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Ted Lawrence**<br>**305 S Cuyler**<br>**Chicago, IL 60632** |

Sheet __6__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re   **ADAM J KARNEBOGE**                                                    ,   Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Lebanon Valley College**<br>**Andrew Greene**<br>**101 North Collee Avenue**<br>**Annville, PA 17003** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Renee S Hartz**<br>**1032 Baldwin Ln**<br>**Oak Park, IL 60302** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Hector Morales**<br>**2451 N Drake**<br>**Chicago, IL 60647** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Ronald Krcek**<br>**19W075 Plainfield Rd**<br>**Downers Grove, IL 60516** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Gus Calderone**<br>**7433 W Jackson Blvd**<br>**Forest Park, IL 60130** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Mark Skillcorn**<br>**844 N Humphrey**<br>**Oak Park, IL 60302** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Alethea Watson**<br>**1846 Clarence Ave**<br>**Berwyn, IL 60402** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **American College of Healthcare**<br>**1 N Franklin Ste 1700**<br>**Chicago, IL 60606** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Will County School District 92**<br>**708 North State Street**<br>**Chicago Heights, IL 60411** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Aon**<br>**200 East Randolph**<br>**4th Floor**<br>**Chicago, IL 60601** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **Olivet Nazarene University**<br>**One University Lane**<br>**Bourbonnais, IL 60914** |
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | **ABC 7 WLS - Chicago**<br>**190 N State Street**<br>**Chicago, IL 60601** |

Sheet __7__ of __7__ continuation sheets attached to the Schedule of Codebtors

Fill in this information to identify your case:

Debtor 1    **ADAM J KARNEBOGE**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter
13 income as of the following date:

MM / DD/ YYYY

# Official Form B 6I
# Schedule I: Your Income                                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your
spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed,
attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:        Describe Employment

| 1. | **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|----|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | **Independant Contractor HCS Tech** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's name** | | |
| | | **Employer's address** | | |
| | | **How long employed there?** | | |

## Part 2:        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need
more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|----|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $      **4,300.00** | $      **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$      **0.00** | +$      **N/A** |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $      **4,300.00** | $      **N/A** |

Debtor 1    **ADAM J KARNEBOGE**                                    Case number (*if known*)

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | $ | **4,300.00** | $  **N/A** |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **1,516.00** | $ **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **N/A** |
| 5e. | Insurance | 5e. | $ **0.00** | $ **N/A** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **N/A** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **N/A** |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ **1,516.00**    $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ **2,784.00**    $ **N/A**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ **0.00**    $ **N/A**

8b. **Interest and dividends**    8b.    $ **0.00**    $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ **0.00**    $ **N/A**

8d. **Unemployment compensation**    8d.    $ **0.00**    $ **N/A**

8e. **Social Security**    8e.    $ **0.00**    $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ **0.00**    $ **N/A**

8g. **Pension or retirement income**    8g.    $ **0.00**    $ **N/A**

8h. **Other monthly income.** Specify:  Providence Catholic Highschool    8h.+    $ **1,018.96** +    $ **N/A**
Sun Life Financial Disability Policy    $ **2,400.00**    $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ **3,418.96**    $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ **6,202.96** +    $ **N/A** =    $ **6,202.96**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.    +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ **6,202.96**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1      **ADAM J KARNEBOGE**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses        12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

    ☒ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

         ☐ No
         ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☒ No

    Do not list Debtor 1 and    ☐ Yes. Fill out this information for
    Debtor 2.             each dependent...........

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include
expenses of people other than
yourself and your dependents?**   ☒ No    ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments
and any rent for the ground or lot.      4. $     **1,294.08**

    **If not included in line 4:**

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $   **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $   **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $   **100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $   **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $   **100.00** |

Debtor 1  **ADAM J KARNEBOGE** _____    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **300.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **0.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **326.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **700.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **100.00** |
| 10. | **Personal care products and services** | | 10. $ | **100.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **400.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **700.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **200.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **10.00** |
| | 15b. | Health insurance | 15b. $ | **500.00** |
| | 15c. | Vehicle insurance | 15c. $ | **138.85** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **491.92** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 6I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | **5,460.85** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. $ | **6,202.96** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **5,460.85** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. $ | **742.11** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **ADAM J KARNEBOGE**                                              Case No. _____
                                    _____                       Chapter   **7**   _____
                                    Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**44**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 1, 2014** _____      Signature   **/s/ ADAM J KARNEBOGE** _____
                                                          **ADAM J KARNEBOGE**
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **ADAM J KARNEBOGE**

Debtor(s)

Case No.

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $21,907.94 | **2014 YTD: Disability and wages** |
| $44,356.00 | **2013: Disability and wages** |
| $74,000.00 | **2012: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Carillon, LLC c/o Treystar, Inc. v. TKC Innovative Solutions, Inc., et al. 1402512LT** | **Collection** | **Eighth Judicial District for the County of Kalamazoo Michigan** | **Pending** |
| **TKC Innovative Solution, Inc. v. Business Rules, Inc. 2102MR 1477** | **Collection** | **Circuit Court of the Eighteenth Judicial Circuit DuPage County, Illinois** | **Pending** |
| **Scoville Square Associates, LP v. TKC and Karneboge 13 M1 72879** | **Collection** | **Cook County, Illinois** | **Pending** |

**None**
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Springer Brown, LLC**<br>**400 S County Farm Road**<br>**Wheaton, IL 60187** | **April 14, 2014** | **$2835.00** |

B7 (Official Form 7) (04/13)

4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **O'Brien Law Offices**<br>**124 South County Farm Road**<br>**Wheaton, IL 60187** | **4/1/2014 - through 6/27/2014** | **$10,450.00**<br>**Payments made in the ordinary course of business for defense of three seperate law suites against debtor and debtor's corporations for breech of lease agreements** |

### 10. Other transfers

None ☐    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **TKC Innovative Solutions**<br>**805 Lake**<br>**Oak Park, IL 60301** | | **Transfered various sums to TKC Innovative Solutions for working capitol.** |

None ■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **TKC Innovative solutions** | | **805 Lake Street Oak Park, IL 60301** | **Retail Sale Computers** | **ending 6/20/2014** |
| **Karneboge Consulting & Training, Inc** | | **4 Knollwood Place Joliet, IL 60433** | **Consulting** | **Never Operated** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

B7 (Official Form 7) (04/13)

8

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date   **July  1, 2014**                              Signature   **/s/ ADAM J KARNEBOGE**

                                                                   **ADAM J KARNEBOGE**
                                                                   Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **ADAM J KARNEBOGE** _____    Case No. _____
                                   Debtor(s)          Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Ally** | **Describe Property Securing Debt:**<br>**2011 Chevy Cruze LTZ**<br>**Kelly Blue Book** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**BMO Harris** | **Describe Property Securing Debt:**<br>**4 Knollwood Place**<br>**Joliet, IL**<br><br>**Single Family Residence** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo** | **Describe Property Securing Debt:**<br>**4 Knollwood Place**<br>**Joliet, IL**<br><br>**Single Family Residence** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

B8 (Form 8) (12/08)                                                                                              Page 3

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July 1, 2014**                                  Signature  **/s/ ADAM J KARNEBOGE**
                                                                                  **ADAM J KARNEBOGE**
                                                                                  Debtor

## United States Bankruptcy Court
### Northern District of Illinois

| | |
|---|---|
| In re    **ADAM J KARNEBOGE** | Case No. |
| Debtor(s) | Chapter    **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2.  $ **335.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 1, 2014**

**/s/ Richard G Larsen**
**Richard G Larsen**
**Springer Brown, LLC**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000  Fax: 630-510-0004**

---

## Advance Payment Retainer Agreement

I, Susan Ladeau, the undersigned, hereinafter referred to as "Client", agree to employ Springer Brown, LLC., hereinafter referred to as "Attorney", to render legal services in connection with filing a Chapter7 bankruptcy for me, and hereby empower and authorize Attorney to do all things, in their sole discretion, reasonably necessary to bring the matter to a successful conclusion. Client acknowledges that the following advance payment retainer agreement has been fully explained, and Client agrees to pay said fees and costs in consideration of legal services rendered or to be rendered.

Client agrees to pay Attorney a fee of $ 1,500.00 for services set forth below. In addition, Client agrees to pay all costs, including the filing fee for the bankruptcy $335.00.

This retainer agreement is an advance payment retainer agreement. The funds Client has agreed to pay Attorney shall be deposited in the Springer Brown, LLC General Operating Account and ownership of said hands shall pass to Springer Brown, LLC immediately upon payment.

As our client, it is your option to have your money placed into a security retainer. The choice of the type of retainer to be used is yours alone.

The special purpose for this advance payment retainer is to allow Client to retain Attorney to represent him against creditors. Client understands that it is advantageous to treat his retainer as an advance payment retainer in that it protects the funds paid to Attorney from the claims of his creditors. It this retainer were treated as a security retainer, said funds would remain the property of Client and therefore subject to the claims of the Client's creditors.

It is understood that the above referenced flat fee is payment for services rendered and services to be performed. The services include: review of financial status; review of various documents related to debts and obligations; counseling as to various types of bankruptcy chapters; effect of bankruptcy on future ability to obtain new credit; effect of reaffirmation, redemption, avoiding, liens and surrendering property; specific advice regarding how to avoid bankruptcy and alternatives to bankruptcy; complete drafting of all required bankruptcy documents; revision and redraft of final bankruptcy documents; attending creditors' meeting, and closing file.

Client agrees that additional attorney's fees will be due should additional representation become necessary, including, but not limited to any 2004 examination, any adversary proceedings, objections to discharge, or any other action, hearing or representation that is not specified in the preceding paragraph of this agreement. Said additional representation shall be covered by a separate legal services agreement and will require an additional retainer.

The Client agrees that should he decide not to file bankruptcy or decide not to continue using Attorney's services, Attorney may charge against any retainer paid the amount of $350.00 per hour for all services rendered to date, plus actual costs incurred.

Client agrees to cooperate in the preparation of the bankruptcy case, to appear for the creditors' meeting, depositions and court appearances and to comply with all reasonable requests made in preparation of this bankruptcy case. Failure to cooperate may result in Court-imposed sanctions and Attorney's withdrawal from the case.

Client understands that he shall receive copies of all documents related to his file. Client should retain those documents as his copy of his file. Should Client require additional copies of the Attorney's file the Client understands that he will be charged for those copies.

Client understands that his file shall be kept no more than five years. Should Client require copies of any documents or the return of original documents provided to Attorney he must request those copies in writing before the expiration of that five-year period.

It is agreed that upon the event of any default or breach of any kind under this agreement by Client, Attorney reserves the right to withdraw as counsel of record for Client. It is further agreed that Client shall not have any recourse or claim against Attorney for damages following the withdrawal of Attorney as Client's counsel.

In some cases it may be necessary to hire an attorney outside Attorney's firm. This attorney will be paid out of the retainer paid to Attorney. Client expressly consents to the hiring of an outside attorney to cover court dates as needed.

Client understands that it is the Client's responsibility to provide Attorney with a complete and accurate list of creditors and other information requested on Attorney's Debt Listing Sheet and Questionnaire. The Client further understands that any debts not listed in his bankruptcy schedules may not be discharged. If Client fails to provide Attorney with all information necessary to prepare the necessary documents and said failure necessitates the amending of the schedules or Statement of Financial Affairs, Client agrees to pay an additional $100.00 to cover the fees and costs of said amendment.

The fees charged in connection with this bankruptcy and for bankruptcy issues only. They do not included resolution of any matters involving credit information.

This constitutes the entire agreement between the Attorney and Clients regarding attorneys' fees and/or services provided in the engagement, the parties agree to resolve that dispute through mediation, followed by arbitration before any suit is filed.

Attorney is a debt relief agency and helps people file for relief under the Bankruptcy Code.

*Special Financial Management Course Notice*

Client MUST provide Attorney with a copy of Client's Certificate of Completion of Financial Management Course. If Client fails to ensure that Attorney has received and filed the required Certificate of Completion of Financial Management Course, the Client shall be responsible for payment of the case reopening fee and additional Attorney's fees of $600.00 for filing a motion to reopen the case and file said certificate. Attorney is under no obligation to file any motion to reopen Client's case until the above referenced fees and costs are paid.

_____          _____
Client                                                              Client

By Client's signature below, Client acknowledges understanding the terms of this agreement and agrees to abide by its provisions. Client has received a copy of this agreement for his records no later than five business days after the first date on which the Attorney provided any bankruptcy assistance services to client.

Dated: _6 - 12 - 2014_

_Susan K. Ladeau_
Client                                                    _____
                                                          Client

_[signature]_
Attorney

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **ADAM J KARNEBOGE** _____    Case No. _____
                                      Debtor(s)              Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**ADAM J KARNEBOGE** _____      X **/s/ ADAM J KARNEBOGE**          **July  1, 2014**
Printed Name(s) of Debtor(s)                        Signature of Debtor                Date

Case No. (if known) _____      X _____
                                                    Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re   **ADAM J KARNEBOGE**                                                  Case No.
                                              Debtor(s)        Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **202**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 1, 2014**                              **/s/ ADAM J KARNEBOGE**
                                                      **ADAM J KARNEBOGE**
                                                      Signature of Debtor

ABC 7 WLS - Chicago
190 N State Street
Chicago, IL 60601


Alethea Watson
1846 Clarence Ave
Berwyn, IL 60402


Allied Waste Services
5050 W lake Street
Melrose Park, IL 60160


Ally
PO Box 380902
Minneapolis, MN 55438


American College of Healthcare
1 N Franklin Ste 1700
Chicago, IL 60606


American Express
PO Box 0001
Los Angeles, CA 90096-8000


Aon
200 East Randolph
4th Floor
Chicago, IL 60601


Apple Inc.
PO box 281877
Atlanta, GA 30384-1877


Apple Service Operations
PO Box 281877
Atlanta, GA 30384-1877


AT&T
Po Box 5080
Carol Stream, IL 60197-5080


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Bawany Technologies
Muhammad Abdullah Ahsan, 4th Zamzam
Commercial Lane, Phase v, DHA
Karachi, Pakistan 75000


Best Bank
PO Box 790408
Saint Louis, MO 63179-0408


Blue Cross Blue Shield
25550 Network Place
Chicago, IL 60673-1255


BMO Harris
PO Box 6201
Carol Stream, IL 60197-6201


Bob Bavirsha
PO Box 2306
Bridgeview, IL 60455


Branko Shapich
2410 S Embers Lane
Arlington Heights, IL 60005


Can Capital (Advance Me)
414 W 14th Street
3rd Floor
New York, NY 10014


Carillon Centre
7950 Moorsbridge Rd
Portage, MI 49024


Charter Business
PO Box 5013
Hayward, CA 94540-5013


Chase
P.O. Box 15651
Wilmington, DE 19886-5651

Chase
P.O. Box 15651
Wilmington, DE 19886-5651


Chase
P.O. Box 15651
Wilmington, DE 19886-5651


Chicago Messenger Service
1600 S Ashland Avenue
Chicago, IL 60608-2013


Citi Advantage
PO Box 6235
Sioux Falls, SD 57117


Citi Card
P.O. Box 688909
Des Moines, IA 50368


Citi Platinum
Processing Center
PO Box 6500
Sioux Falls, SD 57117


Citi Select
Processing Center
Des Moines, IA 50363-0005


Citibusiness
PO Box 688913
Des Moines, IA 50368


Combined Insurance
c/o Diane Raferty
1000 N Milwaukee Ave
Glenview, IL 60025


Comcast
PO Box 3002
Southeastern, PA 19398-3002


ComEd
PO Box 6111
Carol Stream, IL 60197-6111

ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Consumer Energy
Lansing, MI 48937-0001


Consumer Energy
Lansing, MI 48937-0001


Consumer Energy
Lansing, MI 48937-0001


Discover
P.O. 30395
Salt Lake City, UT 84130


Donna Peel
520 Fair Oaks
Oak Park, IL 60302


Dr. Bott
9730 SW Hilman St
Suite 600
Wilsonville, OR 97070


Dunnhumby - John Zimont
222 Merchandise Mart Plaza
Suite 2200
Chicago, IL 60654


Dwight Pancottine Attorney at Law
215 Fremont St
Naperville, IL 60540


Fed Ex
PO Box 94515
Palatine, IL 60094-4515


Fifth Third Bank
P.O. 630778
Cincinnati, OH 45263

Florence Braum
904 N Mapleton Ave
Oak Park, IL 60302


GleaChris, Inc.
375 South River Street
South Elgin, IL 60177


Glenbrook North
c/o paul Carlson
2300 Shermer Road
Northbrook, IL 60062


Gus Calderone
7433 W Jackson Blvd
Forest Park, IL 60130


Harry Hostetler
505 Atwood Ct.
Elmhurst, IL 60126


Haugh & Associates, Ltd
525 Dee Lane
Suite 200
Roselle, IL 60172


Hector Alcala
9229 SW 227th St
Unit 6
Miami, FL 33190


Hector Morales
2451 N Drake
Chicago, IL 60647


Hector Morales
2451 N Drake
Chicago, IL 60647


Huron Consulting Group
Hector De LaRosa
550 W Van Buren
Chicago, IL 60607

Illinois Central College
c/o Chris Frautschi
1 College Drive
Peoria, IL 61635


Ingram Micro, Inc.
1600 E St. Andrew Place
Santa Ana, CA 92705


IU Health
250 North Shadland Ave
Indianapolis, IN 46219


Joan Berman
170 N harvey Ave
Oak Park, IL


JuiceMobile
9950 W Van Buren
Suite 121
Avondale, AZ 85323


Lebanon Valley College
Andrew Greene
101 North Collee Avenue
Annville, PA 17003


Lifetime Memory Products Inc.
2505 DaVinci Street
Irvine, CA 92614-5894


Lindsay Gleason
375 S River St
South Elgin, IL 60177


Mark Skillcorn
844 N Humphrey
Oak Park, IL 60302


Miami University
c/o Joseph Koontz
6516 Junior Court
Franklin, OH 45005

Nationwide Bank
PO Box 31027
Tampa, FL 33631-3027


Nepple Law, PLC
PO Box 5407
Carol Stream, IL 60197-5407


Nicor
PO Box 5407
Carol Stream, IL 60197-5407


Nokia
c/o Christine Casey
425 W Randolph Street
Chicago, IL 60606


Northwestern University
c/o Eamon Carlos
750 North Lake Shore Dr, 10th Fl.
Chicago, IL 60611


NuCouse
PO Box 511298
Los Angeles, CA 90051-7853


Olivet Nazarene University
One University Lane
Bourbonnais, IL 60914


Onward Technologies, Inc.
PO Box 88636
Chicago, IL 60680-1636


Other World Computing
2650 Bridge Lane
Woodstock, IL 60098


Paul Ellenbogen
321 S Cuyler
Oak Park, IL 60302


Pearson
200 Tappan Rd
Westwood, NJ 07675

PNC
One North Franklin
Suite 3600
Chicago, IL 60606


PNC Bank
PO Box 856177
Louisville, KY 40285


PNC Bank
PO Box 856177
Louisville, KY 40285-6177


Premiere System
1400 N Kingbury
Chicago, IL 60642


Professional Cable
928 N Industrial Park
Orem, UT 84057


Professional Video Technology
111 Charlotte
Novi, MI 48377


Renee S Hartz
1032 Baldwin Ln
Oak Park, IL 60302


Retirement, LLC
3400 Dundee Rd
Suite 200
Chicago, IL 60602


Ronald Krcek
19W075 Plainfield Rd
Downers Grove, IL 60516


RSM McGladrey, Inc.
5155 Payshere Circle
Chicago, IL 60647

Scoville Square Associates, LLP
C/O MorLen Realty Corporatin
137 N Oak Park Ave. Ste 40
Oak Park, IL 60301


Screenvision
245 Kenneth Drive
#400
Rochester, NY 14623


Seton Montessori School
c/o Anna Perry
Clarendon Hills, IL 60514


Speck Products
303 Bryant Street
Mountain View, CA 94041


STM Bags
PO Box 722654
San Diego, CA 92172-2654


Ted Lawrence
305 S Cuyler
Chicago, IL 60632


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301

```
TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301
```

```
TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301
```

```
TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301
```

```
TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301
```

```
TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301
```

```
TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301
```

```
TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301
```

```
TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301
```

TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


TKC Innovative Solutions
805 Lake
Oak Park, IL 60301


U.S. Airways
PO Box 23066
Columbus, GA 31902-3066


UPS
Lockbox 577
Carol Stream, IL 60132-0577


US Bank
4801 Frederica
Owensboro, KY 42301


USAA
10750 McDermott Fwy
San Antonio, TX 78288-0570


V.2 Consulting
98 Battery Street
Suite 250


Villa Oaks, LLC
PO Box 5980
River Forest, IL 60305-5980


Visa Business
PO Box 790135
Saint Louis, MO 63179

Wabash City Schools
c/o Justin Vail
1101 Colerain Street
Wabash, IN 46992


Wanetics
PO Box 5980
River Forest, IL 60305-5980


Wellpoint Inc
c/o Nathan Cook
120 Monument circle
Indianapolis, IN 46204


Wells Fargo
PO Box 14411
Des Moines, IA 50306-3411


Wells Fargo
PO Box 54349
Los Angeles, CA 90054


Wesley Reid
3761 Mission Hills Road
60062


Will County School District 92
708 North State Street
Chicago Heights, IL 60411